UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patricia Birmingham, Jeanette Farmer,
Patricia Sanders,

    Plaintiffs,        Civil No. 05-2801 (RHK/AJB)

vs.             **DISQUALIFICATION AND**
               **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., d/b/a
Wyeth Pharmaceuticals, Inc.,

    Defendant.


  The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

  **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

  **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 20, 2005


              s/Richard H. Kyle
              RICHARD H. KYLE
              United States District Judge